# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. BARKER,<br><br>    Plaintiff,<br><br>v.<br><br>BIG O TIRES, LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-06877-JST<br><br>**ORDER AMENDING DEADLINES**<br>Re: ECF No. 22 |

Before the Court is the parties' stipulated request to amend various deadlines in this case. ECF No. 22. The Court GRANTS the parties' request, and hereby orders as follows:

Defendant Mirghanbari Enterprises, Inc.'s motion to dismiss, ECF No. 10, is deemed withdrawn. All associated briefing deadlines and the hearing calendared for April 18, 2019, are hereby vacated.

Plaintiff shall file an amended complaint by April 30, 2019. Defendants' March 28, 2019 deadline to respond to Plaintiff's initial complaint is hereby vacated.

The case management conference scheduled for May 22, 2019, is hereby continued until August 28, 2019.

**IT IS SO ORDERED.**

Dated: March 21, 2019

_____
JON S. TIGAR
United States District Judge